MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AMBER S. ROSEN (CABN 160380)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: amber.rosen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. [CR 00-20331] EJD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | |
| PABLO RAMIREZ, | Date: August 27, 2012<br>Time: 1:30 p.m. |
| Defendant. | |

## STIPULATION

Due to the unavailability of the Court, the parties, Pablo Ramirez and the United States, acting through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the status hearing date currently set for Monday, August 6, 2012, at 1:30 p.m. be continued to Monday, August 27, 2012, at 1:30 p.m.

United States Probation Office Janie Zhuang, who is assigned to this matter, has been consulted about the requested continuance and has no objection. Accordingly, the parties respectfully request that the status hearing be continued to August 27, 2012 at 1:30 p.m.

[STIPULATION AND ORDER TO CONTINUE HEARING]
[CR 00-20331] EJD

IT IS SO STIPULATED.

DATED: July 27, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
AMBER S. ROSEN
Assistant United States Attorney

DATED: July 27, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the hearing currently set for August 6, 2012, be continued to August 27, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 31, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

[STIPULATION AND ORDER TO CONTINUE HEARING]
[CR 00-20331] EJD